AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>NICKLAUS LARONE WOODARD<br><br>*Defendant(s)* | Case No. 12-8167-JMH |

FILED by _____ D.C.
APR 2 0 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 20, 2012** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section, 841(a)(1) | Possession with intent to distribute marijuana |
| 18 U.S.C. Section, 922(g) | Possession of a firearm by an unlawful user of controlled substances |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

SARA T. CONNORS, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/20/12

*Judge's signature*

City and state: West Palm Beach, Florida    JAMES M. HOPKINS, U. S. Magistrate Judge
*Printed name and title*

Your affiant, Sara T. Connors, first being duly sworn, does hereby depose and state as follows:

1. Your affiant has been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives for thirteen years. Your affiant's responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18 United States Code, Chapter 44). This affidavit is based upon your affiant's personal knowledge, review of reports, and information obtained from other law enforcement officials and civilians.

2. Your affiant is currently working on this investigation with ATF Task Force Officer (TFO) Troy Raines. TFO Raines has been involved in the writing and execution of over fifty search and seizure warrants for narcotics, and other items related to violent crimes. TFO Raines has received numerous hours of training in Homicide Investigations, Narcotics Investigations, Street Gang investigations, Investigative Interviewing Procedures. TFO Raines has been deemed in federal circuit court as an expert in the testimony regarding narcotics violations.

3. On April 5, 2012, West Palm Beach Police Department Patrol made contact with Nicklaus WOODARD who was standing in front of 633 54th Street in West Palm Beach. WOODARD was in possession of an alcoholic beverage. While speaking with officers, WOODARD made the spontaneous utterance, "I have a pistol in my back pocket but I have papers for it". West Palm Beach Officers then removed the firearm for safety reasons. WOODARD does not possess a concealed weapons permit. The firearm, a Glock model 27, .40 caliber semi-automatic pistol, SN 4WPPD33G, was loaded with thirteen rounds of .40 caliber ammunition.

4. Based on the April 5th encounter with WOODARD, West Palm Beach Police Officers obtained an arrest warrant for WOODARD for carrying a concealed firearm. On April 20,

2012, West Palm Beach Police Officers and US Marshals arrested WOODARD at his residence. Upon entering the residence, officers observed two clear plastic baggies containing what appeared to be marijuana on the coffee table. The residence was cleared and held while a search warrant was obtained.

5. ATF Task Force Officer Troy Raines then conducted a post-Miranda interview with WOODARD. This interview was audio and video taped. WOODARD stated that he recently obtained a firearm the previous night for $50 in Riviera Beach, since his firearms had been taken by the Police Department. WOODARD stated that the firearm, a revolver, was in the trunk of his vehicle at his residence. WOODARD stated that he needed the firearm for protection, as he had recently been involved in a shooting. WOODARD stated that he has been smoking marijuana since he was eighteen (18) years old, and that he is twenty-five (25) years old now. WOODARD told TFO Raines that he smokes marijuana every day. TFO Raines asked WOODARD how much marijuana he smokes a week, to which WOODARD replied, "a lot".

6. West Palm Beach Police Officers obtained a search warrant for 633 54th Street in West Palm Beach, to include WOODARD's vehicle, for what was seen in plain view during WOODARD's arrest and what he said in his subsequent statement. Upon searching the residence, Officers recovered approximately 116 grams of marijuana, packaging material consisting of one inch by one inch plastic apple bags, three black digital scales, six (6) rounds of .38 caliber ammunition, four (4) rounds of .40 caliber ammunition and one round of .22 caliber ammunition. In addition, twenty-two spent .40 caliber shell casings were recovered from the residence.

7. Your affiant consulted with TFO Raines, who determined that the amount of marijuana

recovered along with the packaging materials and the scales is indicative for the distribution of marijuana. Officers conducted a field test on the marijuana recovered from the residence which resulted in a positive reaction for THC.

8. Officers searched WOODARD's vehicle, a 4 door Chevrolet, FL license plate number N34 5CU and recovered a Taurus .38 caliber revolver, SN AU71642 loaded with five rounds of Winchester .38 SPL ammunition from a spare tire located in the trunk. An NCIC check of this firearm reveals it was one of twelve firearms stolen from a federal firearms licensee in 2007. In addition, officers recovered seventeen spent shell casings (10 9mm rounds and 7 .40 caliber rounds) from a jacket pocket that was in WOODARD's trunk.

9. Your affiant consulted with ATF SA Alan Oxley who have received extensive training in the manufacture and commerce of firearm, and has been admitted as an expert witness in the area of the interstate commerce nexus of firearms and ammunition on numerous prior occasions in the United States District Court for the Southern District of Florida, and elsewhere. SA Oxley has advised your affiant that the Taurus revolver and Winchester ammunition are all manufactured outside the State of Florida, and that thus, by their subsequent presence and recover in Florida, such, of necessity, had to have traveled in and affected interstate and/or foreign commerce.

10. Based upon the previous facts, this affiant believes that there is probable cause to believe that Nicklaus WOODARD, an unlawful user of marijuana, possessed a firearm in violation Title 18 USC, section 922(g), and marijuana for Distribution in violation of Title 21 USC, section 841(a)(1).

*Sara T Connors*

Sara T. Connors, Special Agent
BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES

Sworn to and subscribed before me this
20 Day of April, 2012

*James M. Hopkins*

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8167-JMH

UNITED STATES OF AMERICA

vs.

NICKLAUS LARONE WOODARD,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                                 Respectfully submitted,

                                 WIFREDO A. FERRER
                                 UNITED STATES ATTORNEY

BY: _____
                                 ROBERT H. WATERS, JR.
                                 ASSISTANT UNITED STATES ATTORNEY
                                 Florida Bar No. 365483
                                 500 S. Australian Avenue, Suite 400
                                 West Palm Beach, FL 33401-6235
                                 Tel: (561) 820-8711
                                 Fax: (561) 820-8777
                                 Robert.Waters@usdoj.gov